# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSE VALDIVIA

VERSUS

BROCK INDUSTRIAL SERVICES,
LLC, BROCK SERVICES, LLC,
AND PHILLIPS 66 COMPANY

NO.   2025 CW 0114

**February 20, 2025**

---

In Re:   Brock Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 731101.

---

**BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

**WIL**
**KEB**

**McClendon, C.J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT